UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN KEVIN FROST,<br>　　　　Plaintiff,<br>　　v.<br>D. WILCOX, et al.,<br>　　　　Defendants. | Case No. 17-cv-07228-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing by this action. Judgment is hereby entered in favor of Defendants D. W. Bradbury, C. Olsen, T. S. Buchanan, D. Higgerson, J. Schrag, T. Toussaint, D. Wilcox, M. Voong, and M. Hodges, and against Plaintiff. Parties shall each bear their own costs of action.

Dated: March 23, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge